1  JEFFREY W. KRAMER (SBN 71547)
   Email:     jkramer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email:     amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:  (310) 553-4441
5  Facsimile:  (310) 201-4746

6  Attorneys for Plaintiffs

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | BROADCAST MUSIC, INC.; PEER INTERNATIONAL CORPORATION; RICK'S MUSIC, INC.; RED SEA SONGS; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; PWMP ACQUISITION I LLC d/b/a PRIMARY WAVE BRIAN; HOT-CHA MUSIC CO.; UNICHAPPELL MUSIC INC.; HIP CITY MUSIC INC.; HIFROST PUBLISHING; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; LOST BOYS MUSIC; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; WARNER-TAMERLANE PUBLISHING CORP.; NOT INTRESTED PUBLISHING, <br><br>Plaintiffs, <br>v. <br><br>RUDEX LIMITED BROADCASTING CORPORATION d/b/a KRSX-AM; and JOHN COOPER, individually, <br><br>Defendants. | Case No. SC 13-01885 RGK (PLAx) <br><br>JOINT RULE 26(f) AND LOCAL RULE 26-1 REPORT <br><br>Complaint Filed: March 15, 2013 |
|---|---|

**TroyGould PC**

1
JOINT RULE 26(f) AND LOCAL RULE 26-1 REPORT

03202-0026 247494.1

Pursuant to Federal Rules Of Civil Procedure 16 and 26(f) and Local Rule 26-1, Plaintiffs Broadcast Music, Inc., Peer International Corporation, Rick's Music, Inc., Red Sea Songs, EMI Virgin Songs, Inc. d/b/a EMI Longitude Music; PWMP Acquisition I LLC d/b/a Primary Wave Brian, Hot-Cha Music Co., Unichappell Music Inc., Hip City Music Inc., Hifrost Publishing, Rondor Music International, Inc. d/b/a Irving Music, Lost Boys Music, Sony/ATV Songs LLC; The Bernard Edwards Company LLC, Warner-Tamerlane Publishing Corp. and Not Intrested Publishing (collectively, "Plaintiffs") (collectively "Plaintiffs") and Defendants Rudex Limited Broadcasting Corporation d/b/a KRSX-AM; and John Cooper (collectively, "Defendants") hereby jointly submit this report following a conference of counsel.

## I.

## INTRODUCTION

The parties' Rule 26(f) conference was held on May 30, 2013 and was telephonically attended by AnnMarie Mori, attorney for Plaintiffs; and Michael D. Kwasigroch, attorney for Defendants.

## II.

## JOINT REPORT

The parties agree that this section is intended for the purposes of this report only and does not fully represent Plaintiffs' allegations or Defendants' defenses. The positions of the parties are more fully and accurately represented by the pleadings on file with the Court.

**A.   Synopsis of Claims and Legal Issues**

    **1.   Plaintiffs' Position**

This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). Plaintiff Broadcast Music, Inc. ("BMI") has been granted the right to license the public performance rights in approximately 6.5 million copyrighted musical compositions

1  (the "BMI repertoire"), including compositions which are alleged herein to have
2  been infringed and are the subject of this action.
3      In connection with the operation of its business, Defendant provided and
4  continues to provide unauthorized public performances of works in the BMI
5  repertoire.  Defendant's failure to obtain a BMI licensing agreement or other prior
6  authorization from respective the copyright owners is an infringement of copyright
7  and thus a violation of the law.  Furthermore, Defendant's infringement constitutes
8  willful infringement.  Plaintiffs seek statutory damages, pursuant to 17 U.S.C.
9  Section 504(c), costs, attorney's fees and any other such relief available under the
10 law.

11     **2.**    **Defendants' Position**
12     Defendant John Cooper Should not be a defendant as the station is being
13 opperated by a separate entity. The separate entity has a monthly/Yearly contract.
14 Any damages herein are minimal as the estimated monthly contract would only ve
15 $100.00 per month over approximately 3 years which makes this a dispute over a
16 minimal amount.

17 **B.**    <u>**Motions to Add Parties or Amend Pleadings**</u>
18     At this point it is premature to determine whether any motions will be made to
19 add parties or amend pleadings.

20 **C.**    <u>**Complex Status**</u>
21     The parties agree this action is not complex..

22 **D.**    <u>**Venue and Jurisdiction**</u>
23     The parties do not dispute that this Court has jurisdiction pursuant to 28 U.S.C.
24 Section 133(a) and venue is proper pursuant to 28 U.S.C. Section 1400 (a).  The
25 parties further do not dispute this matter arises under 17 U.S.C. Section 101 et seq.

26 **E.**    <u>**Discovery Plan**</u>
27     **1.**    **Initial Disclosures**
28     The parties will exchange initial disclosures on or before June 24, 2013.

**2.     Commencement of Discovery**

The parties agree that discovery may commence July 2, 2013.

**2.     Proposed Changes in Discovery Limitations**

The parties do not propose any changes to the discovery limitations imposed by Federal Rules of Civil Procedure Rules 26(b), 30(a)(2)(A), (B) or (C); 30(d) or 33(a).

**3.     Discovery Issues**

The parties do not anticipate any issues relating to the timing, sequencing, phasing or scheduling of discovery.

**4.     Electronic, Digital and/or Magnetic Data**

The parties have met and conferred regarding the potential discovery of computer-based information and emails.

The parties agree that the parties will make efforts to preserve computer-based information.

The parties further agree that to the extent discovery requests call for the production of emails, such emails may be produced by printing out a hard copy of those documents.

**5.     Expert Disclosure**

The parties agree that the timing for expert disclosure will be in accordance with the Federal Rules of Civil Procedure.

**F.     Non-Dispositive and Dispositive Pre-Trial Motions**

Plaintiffs intend to file a motion for summary judgment.

**G.     ADR**

The parties request a settlement conference and/or mediation after the hearing on any motions for summary judgment.

**H.     Trial Estimate**

The parties estimate a three to five-day bench trial.

I. **<u>Bifurcation</u>**

The parties do not request bifurcation or phasing of trial at this time.

Dated:  June 10, 2013

JEFFREY KRAMER
ANNMARIE MORI
TROYGOULD PC


By: /s/   AnnMarie Mori
   AnnMarie Mori
Attorneys for Plaintiffs

Dated:  June 10, 2013

MICHAEL D. KWASIGROCH
LAW OFFICES OF MICHAEL D. KWASIGROCH


By: /s/   Michael D. Kwasigroch
   Michael D. Kwasigroch
Attorneys for Defendants

03202-0026 247494.1