1  JEFFREY W. KRAMER (SBN 71547)
   Email: jkramer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone: (310) 553-4441
5  Facsimile: (310) 201-4746

6  Attorneys for Plaintiffs
   Broadcast Music, Inc., et al.
7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | BROADCAST MUSIC, INC.; PEER INTERNATIONAL CORPORATION; RICK'S MUSIC, INC.; RED SEA SONGS; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; PWMP ACQUISITION I LLC d/b/a PRIMARY WAVE BRIAN; HOT-CHA MUSIC CO.; UNICHAPPELL MUSIC INC.; HIP CITY MUSIC INC.; HIFROST PUBLISHING; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; LOST BOYS MUSIC; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; WARNER-TAMERLANE PUBLISHING CORP.; NOT INTRESTED PUBLISHING,<br><br>Plaintiffs,<br>v.<br><br>RUDEX LIMITED BROADCASTING CORPORATION d/b/a KRSX-AM; and JOHN COOPER, individually,<br><br>Defendants. | Case No. SC 13-01885 RGK(PLAx)<br><br>JOINT FIRST STIPULATION TO CONTINUE JUNE 24, 2013 INITIAL STATUS CONFERENCE AND DECLARATION OF ANNMARIE MORI IN SUPPORT THEREOF<br><br>Date: June 24, 2013<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>Complaint Filed: March 15, 2013 |
|---|---|

**TroyGould PC**

03202-0026 248171.1

1     Pursuant to Local Rule 7-1, Plaintiffs Broadcast Music, Inc., Peer International
2 Corporation, Rick's Music, Inc., Red Sea Songs, EMI Virgin Songs, Inc. d/b/a EMI
3 Longitude Music; PWMP Acquisition I LLC d/b/a Primary Wave Brian, Hot-Cha
4 Music Co., Unichappell Music Inc., Hip City Music Inc., Hifrost Publishing, Rondor
5 Music International, Inc. d/b/a Irving Music, Lost Boys Music, Sony/ATV Songs
6 LLC; The Bernard Edwards Company LLC, Warner-Tamerlane Publishing Corp.
7 and Not Intrested Publishing (collectively, "Plaintiffs") (collectively "Plaintiffs") and
8 Defendants Rudex Limited Broadcasting Corporation d/b/a KRSX-AM; and John
9 Cooper (collectively, "Defendants") hereby jointly submit this joint stipulation
10 requesting a continuance of the June 24, 2013 status conference due to Plaintiffs'
11 counsel's unavailability.

12    The parties' Rule 26(f) conference was held on May 30, 2013 and was
13 telephonically attended by AnnMarie Mori, attorney for Plaintiffs; and Michael D.
14 Kwasigroch, attorney for Defendants.  On May 27, 2013, Ms. Mori began a
15 scheduled maternity leave but intended to appear at the June 24, 2013 status
16 conference.  However. due to medical issues, Ms. Mori is unavailable to appear on
17 June 24, 2013.  Ms. Lauren Hudecki, an associate at TroyGould PC, is handling this
18 matter for Ms. Mori and will appear at the status conference in her absence, however,
19 Ms. Hudceki is scheduled to appear at a hearing on a motion for default judgment on
20 June 24, 2013 and is therefore unable to attend the initial status conference.

21    Therefore, the parties have agreed to stipulate to two-week continuance of the
22 status conference up to and including July 8, 2013, or as soon thereafter is
23 convenient to the Court.

**TroyGould PC**

JOINT FIRST STIPULATION TO CONTINUE JUNE 24, 2013 INITIAL STATUS CONFERENCE AND
DECLARATION OF ANNMARIE MORI IN SUPPORT THEREOF

03202-0026 248171.1

1  Therefore, the parties hereby stipulate that the Status Conference is continued
2  up to and including July 8, 2013, at 9:00 a.m. or as soon thereafter as is convenient
3  for the Court.

Dated: June 19, 2013

JEFFREY KRAMER
ANNMARIE MORI
TROYGOULD PC


By: /s/   AnnMarie Mori
    AnnMarie Mori
Attorneys for Plaintiffs

Dated: June 19 , 2013

MICHAEL D. KWASIGROCH
LAW OFFICES OF MICHAEL D.
KWASIGROCH


By: /s/   Michael D. Kwasigroch
Michael D. Kwasigroch
Attorneys for Defendants

**TroyGould PC**

JOINT FIRST STIPULATION TO CONTINUE JUNE 24, 2013 INITIAL STATUS CONFERENCE AND DECLARATION OF ANNMARIE MORI IN SUPPORT THEREOF

03202-0026 248171.1

# DECLARATION OF ANNMARIE MORI

I, AnnMarie Mori, declare as follows:

1.     I am an attorney at law duly licensed to practice before all of the courts in the State of California. I am associated with the law firm of TroyGould PC, counsel of record for plaintiffs Broadcast Music, Inc., Peer International Corporation, Rick's Music, Inc., Red Sea Songs, EMI Virgin Songs, Inc. d/b/a EMI Longitude Music; PWMP Acquisition I LLC d/b/a Primary Wave Brian, Hot-Cha Music Co., Unichappell Music Inc., Hip City Music Inc., Hifrost Publishing, Rondor Music International, Inc. d/b/a Irving Music, Lost Boys Music, Sony/ATV Songs LLC; The Bernard Edwards Company LLC, Warner-Tamerlane Publishing Corp. and Not Intrested Publishing (collectively, "Plaintiffs").  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.     The parties' Rule 26(f) conference was held on May 30, 2013 and was telephonically attended by myself, lead trial counsel for Plaintiffs; and Michael D. Kwasigroch, attorney for Defendants.

3.     On May 27, 2013, I began a scheduled maternity leave but I intended to appear at the June 24, 2013 status conference.  However, due to some medical complications, I am unavailable to appear on June 24, 2013.  Ms. Lauren Hudecki, an associate at TroyGould PC, will be handling this matter for me during my leave and will appear at the status conference in my absence, however, Ms. Hudceki is scheduled to appear at a hearing on a motion for default judgment on June 24, 2013 and is therefore unable to attend the initial status conference.

**TroyGould PC**

1
JOINT FIRST STIPULATION TO CONTINUE JUNE 24, 2013 INITIAL STATUS CONFERENCE AND DECLARATION OF ANNMARIE MORI IN SUPPORT THEREOF

03202-0026 248171.1

4. Therefore, the parties stipulate to this first request to continue the Status Conference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 19th day of June, 2013, at Los Angeles, California.

                                          /s/ AnnMarie Mori
                                                 AnnMarie Mori

**TroyGould PC**

2

JOINT FIRST STIPULATION TO CONTINUE JUNE 24, 2013 INITIAL STATUS CONFERENCE AND DECLARATION OF ANNMARIE MORI IN SUPPORT THEREOF

03202-0026 248171.1

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1801 Century Park East, 16th Floor, Los Angeles, CA 90067-2367.

On June 19, 2013, I served the within document(s) described as:

JOINT FIRST STIPULATION TO CONTINUE JUNE 24, 2013 INITIAL STATUS CONFERENCE AND DECLARATION OF ANNMARIE MORI IN SUPPORT THEREOF

on the interested parties in this action as stated below:

_____

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 19, 2013, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____                    _____
        (Type or print name)                                       (Signature)

**TroyGould PC**

JOINT FIRST STIPULATION TO CONTINUE JUNE 24, 2013 INITIAL STATUS CONFERENCE AND DECLARATION OF ANNMARIE MORI IN SUPPORT THEREOF

03202-0026 248171.1